IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ANTONIO ORLANDER JERIDO,   )<br>                             )<br>    Plaintiff,             )<br>                             )<br>    v.                       )<br>                             )<br>LEE R. BOOTH, et al.,        )<br>                             )<br>    Defendants.              ) | CIVIL ACTION NO.<br>2:23cv409-MHT<br>(WO) |

ORDER

As this case has been remanded to state court and is now closed in this court, it is ORDERED that plaintiff's motion to expedite the proceedings (Doc. 32) is denied as moot.

This case remains closed in this court.

DONE, this the 16th day of July, 2024.

                        /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE