IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ANTONIO ORLANDER JERIDO,    )
                            )
     Plaintiff,             )
                            )    CIVIL ACTION NO.
     v.                     )      2:23cv409-MHT
                            )          (WO)
LEE R. BOOTH, et al.,       )
                            )
     Defendants.            )
```

### ORDER

It is ORDERED that plaintiff's motion for a copy of the amended complaint (Doc. 40) is granted, and the clerk of court shall mail plaintiff a copy of the amended complaint (Doc. 10).

Plaintiff is notified that he should direct further motions for documents to the state court where his case was remanded. Alternatively, he may mail a request for copies of documents to the clerk of court of this court; however, he may be required to pay a fee for such copies.

DONE, this the 2nd day of July, 2025.

                                                /s/ Myron H. Thompson
                                         UNITED STATES DISTRICT JUDGE